UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-1683-GW-Ex | Date | June 25, 2024 |
|---|---|---|---|
| Title | R.M., et al. v. Bellflower United School District | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement [25] was filed on June 25, 2024. The Court vacates all currently set dates, with the expectation that a dismissal will be filed by July 1, 2024. The Court sets an order to show re: settlement hearing for July 8, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by July 1, 2024.

:

Initials of Preparer    JG